Form B3B
(04/09/06)

United State Bankruptcy Court
Northern District of Illinois

In re:  Natasha Nicole Starks                    Case No.  09 B 26428
        Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[x] DENIED.

   The debtor shall pay the chapter 7 filing fee according to the following terms:

   $ 74.75    on or before August 21, 2009

   $ 74.75    on or before September 18, 2009

   $ 74.75    on or before October 16, 2009

   $ 74.75    on or before November 13, 2009

   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

[ ] SCHEDULED FOR HEARING.

   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ am/pm at _____.
                                                   (address of courthouse)

   IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

                                          BY THE COURT:

                                          /s/ Pamela S. Hollis

**DATE:** July 23, 2009

                                          Pamela S. Hollis/United States Bankruptcy Judge

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
|  | ) |  |
| **Natasha Nicole Starks,** | ) | Bankruptcy Case No.: 09 B 26428 |
|  | ) |  |
| Debtor(s). | ) | Honorable Pamela S. Hollis |

## CERTIFICATE OF SERVICE

I, Josephine Green, do hereby certify that on July 23, 2009, I caused to be served via the Court's electronic notification or via First Class mail (**) a true and correct copy of:

Order Denying Debtor's Application For Waiver Of The Chapter 7 Filing Fee Dated: July 23, 2009 to each of the following named individuals:

**Natasha Nicole Starks (**)**
3116 Sunny Dale Ave
Broadview, IL 60155

*U.S. Trustee*
**William T Neary**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

**Allan J DeMars**
Spiegel & Demars
100 W Monroe St Ste 910
Chicago, IL 60603

_____
Josephine Green
Relief Courtroom Deputy